

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00030-CV

**HARLEY ROGERS PARTNERSHIP, LTD.**,
Appellant

v.

**QUICK ROOFING, LLC**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 18621C
Honorable Susan Harris, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we REVERSE IN PART AND AFFIRM IN PART the trial court's judgment. We reverse the trial court's summary judgment in favor of Quick Roofing, LLC on its breach of contract claim, including any and all attorney's fees awarded to Quick Roofing, LLC. We affirm the trial court's summary judgment on Harley Rogers Partnership, Ltd.'s counterclaims and ORDER that Harley Rogers Partnership, Ltd. take nothing on its counterclaims for negligence, negligent misrepresentation, breach of express warranty for services, DTPA, and breach of contract. This cause is REMANDED to the trial court for further proceedings on Quick Roofing LLC's breach of contract claim. Costs of appeal are taxed against the party that incurred them.

SIGNED June 22, 2022.

Liza A. Rodriguez, Justice